IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE AGUILAR, | : | No. 3:24cv1011 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| JASEN BOHINSKI, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 26th day of July 2024, upon preliminary review of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The habeas petition is **DISMISSED** for lack of jurisdiction. (Doc. 2).
2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court